

**Tampa**
101 East Kennedy Blvd.
Suite 2350
Tampa, FL  33602

(813) 769-7500 Tel
(813) 769-7501 Fax

**Writer's Direct Dial:**
813-769-7512

**Writer's E-mail:**
bowens@fisherphillips.com

July 15, 2019

*VIA E-MAIL*

Keith Petrochko, Esq.
keithpetrochko@gmail.com
570.239.9566

        Re: Guerrero v. SunTrust Bank
        Case No. 35-2016-CA000907

Keith:

    As you are aware, Plaintiff's responses to Defendant's initial discovery were due on March 25, 2019. Plaintiff failed to timely provide responses and did not request an extension of time to provide responses. Therefore, any objections have been waived.

    On June 25, 2019, we received Plaintiff's Responses to Defendant's initial discovery. The discovery responses we have received are woefully deficient and it appears that limited effort was made to provide proper discovery responses. This correspondence is Defendant's good faith attempt to receive adequate and complete responses to Defendant's discovery. Defendant needs, and is entitled to additional information regarding the following:

**Interrogatory No. 2:**

    This interrogatory seeks information on the amount of Plaintiff's damages, not simply the categories of alleged damages. Please supplement the answer to this Interrogatory accordingly, with dollar amounts you contend are owed for each category of damages Plaintiff identified in her initial answer.

**Interrogatory No. 4:**

This Interrogatory asks for individuals who had their probationary period waived. Plaintiff directed Defendant to her EEOC Charge. The individuals at issue are not identified in the EEOC Charge. Please supplement the answer to this Interrogatory accordingly.

**Interrogatory No. 5:**

This interrogatory seeks information related to Plaintiff's dates of employment, positions,

**Fisher & Phillips LLP**
Atlanta • Baltimore • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Fort Lauderdale • Gulfport • Houston
Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • New Jersey • New Orleans • New York • Orlando • Philadelphia
Phoenix • Portland • Sacramento • San Diego • San Francisco • Seattle • Tampa • Washington, DC

FPDOCS 35737104.1             EXHIBIT B

July 15, 2019
Page 2

pay, benefits, and reasons for departure from prior employers. Plaintiff failed to provide any information regarding her previous employers. Please amend this answer accordingly.

**Interrogatory No. 11:**

Plaintiff has failed to provide any information regarding her inability to work. Please amend this answer accordingly.

**Interrogatory No. 18:**

Plaintiff has failed to specifically state the substance of the coaching she received and when she received the coaching. Please amend this answer accordingly.

**Interrogatory No. 19:**

Plaintiff has failed to state the amount of income and benefits she claims to have lost as a result of Defendant's alleged acts and the out of pocket expenses she has incurred as a result of the same. Please amend this answer accordingly and provide a detailed description of the method by which each amount as computed and the basis for Plaintiff's contention as to why such relief is necessary and appropriate.

**Interrogatory No. 21:**

Plaintiff's answer is non-responsive to this Interrogatory. Please state whether Plaintiff is seeking damages for emotional distress or similar condition. If so, please identify all medical care providers that have provided Plaintiff medical treatment in the last ten years.

**Verification Form:**

Plaintiff has failed to provide a verification form. Please provide a verification form as soon as possible.

**Plaintiff's Responses to Defendant's First Requests for Production**

**Request No. 1:**

Plaintiff's response fails to indicate whether Plaintiff is in possession, custody, or control of any documents that are responsive to this request. Please amend this response accordingly, and provide all responsive documents.

**Request No. 2:**

Plaintiff's objections are improper. Plaintiff failed to timely respond to Defendant's initial discovery and her objections are therefore waived. Please amend this response accordingly, and provide all responsive documents

**Request No. 10**

July 15, 2019
Page 3

Plaintiff's objections are improper. Plaintiff failed to timely respond to Defendant's initial discovery and her objections are therefore waived. Please amend this response accordingly, and provide all responsive documents.

**Request No. 12**

Plaintiff's objections are improper. Plaintiff failed to timely respond to Defendant's initial discovery and her objections are therefore waived. Additionally, Plaintiff's response is not responsive to the request. The request clearly only seeks records related to Plaintiff's Complaint. Please amend this response accordingly, and provide all responsive documents.

**Request No. 13**

Plaintiff's objections are improper. Plaintiff failed to timely respond to Defendant's initial discovery and her objections are therefore waived. Additionally, Plaintiff's response is not responsive to the request. The request clearly only seeks records related to Plaintiff's Complaint. Please amend this response accordingly, and provide all responsive documents..

**Request No. 15**

Plaintiff's objections are improper. Plaintiff failed to timely respond to Defendant's initial discovery and her objections are therefore waived. Additionally, Plaintiff's response is not responsive to the request. The request clearly only seeks records related to Defendant. Please amend this response accordingly, and provide all responsive documents.

**Request No. 19**

Plaintiff's objections are improper. Plaintiff failed to timely respond to Defendant's initial discovery and her objections are therefore waived. Additionally, Plaintiff's response is not responsive to the request. The request clearly only seeks communications between Plaintiff and Defendant. Please amend this response accordingly, and provide all responsive documents.

**Request No. 21**

Plaintiff's objections are improper. Plaintiff failed to timely respond to Defendant's initial discovery and her objections are therefore waived. Additionally, Plaintiff's response is not responsive to the request. The request clearly only seeks records related to Plaintiff's employment with Defendant. Please amend this response accordingly, and provide all responsive documents.

**Request Nos. 26 and 27**

Plaintiff's objections are improper. Plaintiff failed to timely respond to Defendant's initial discovery and her objections are therefore waived. Additionally, Plaintiff's response is not

July 15, 2019
Page 4

responsive to the request. These requests only seek communications related to Plaintiff's Complaint. Please amend these responses accordingly, and provide all responsive documents.

**Request No. 29**

Plaintiff's objections are improper and without merit. Plaintiff failed to timely respond to Defendant's initial discovery and her objections are therefore waived. Additionally, Plaintiff's response is not responsive to the request. The request clearly only seeks records received by Plaintiff and/or her agents that relate to this lawsuit. Please amend this response accordingly, and provide all responsive documents.

**Request Nos. 43 and 44**

When will Plaintiff produce her medical records and medical bills that are responsive to these requests?

**Conclusion:**

Please let me know when you are available to discuss the deficient responses identified above. If we are not able to come to an agreement regarding the deficient discovery responses, Defendant will be forced to file a Motion to Compel and will seek its fees for having to do so.

Sincerely,

*Brett P. Owens*

Brett P. Owens
For Fisher & Phillips LLP

**From:** Owens, Brett
**Sent:** Monday, July 29, 2019 10:52 AM
**To:** Keith Petrochko <keithpetrochko@gmail.com>
**Cc:** Froman, Andrew <afroman@fisherphillips.com>
**Subject:** RE: 352016CA000907A

Keith,

I am following up regarding Defendant's good faith letter requesting better answers to discovery and a more appropriate settlement demand.

Also, please provide dates for your clients deposition. Defendant would like to depose Ms. Guerrero within 30 days of receiving better responses to Defendant's discovery. Thank you.



**Brett P. Owens**
**Attorney at Law**

Fisher & Phillips LLP
101 East Kennedy Blvd. | Suite 2350 | Tampa, FL 33602
bowens@fisherphillips.com | O: (813) 769-7512

vCard | Bio | Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

-----Original Message-----
From: Owens, Brett
Sent: Thursday, August 1, 2019 12:29 PM
To: keithpetrochko@gmail.com
Subject: RE: 352016CA000907A

Keith,

Yes, please call me at 4. Thank you.


Brett P. Owens
Attorney at Law

Fisher & Phillips LLP
101 East Kennedy Blvd. | Suite 2350 | Tampa, FL 33602 bowens@fisherphillips.com | O: (813) 769-7512



vCard | Bio | Website
 On the Front Lines of Workplace Law℠



This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.


-----Original Message-----
From: keithpetrochko@gmail.com [mailto:keithpetrochko@gmail.com]
Sent: Thursday, August 1, 2019 12:05 PM
To: Owens, Brett <bowens@fisherphillips.com>
Subject: Re: 352016CA000907A

Does 4-4:30 work?

Keith Petrochko

1

> On Aug 1, 2019, at 9:33 AM, Owens, Brett <bowens@fisherphillips.com> wrote:
>
> Keith,
>
> Yes, I am available on or after 1PM on my direct line at 813-769-7512. Please let me know when you will be calling. Thank you.
>
>
> Brett P. Owens
> Attorney at Law
>
> Fisher & Phillips LLP
> 101 East Kennedy Blvd. | Suite 2350 | Tampa, FL 33602
> bowens@fisherphillips.com | O: (813) 769-7512
>
>
>
> vCard | Bio | Website
>  On the Front Lines of Workplace Law℠
>
>
>
>
> This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.
>
>
> -----Original Message-----
> From: keithpetrochko@gmail.com [mailto:keithpetrochko@gmail.com]
> Sent: Thursday, August 1, 2019 9:10 AM
> To: Owens, Brett <bowens@fisherphillips.com>
> Subject: Re: 352016CA000907A
>
> Brett,
>
> Are you available later this afternoon for a 10 minute (give or take) call?
>
> Keith Petrochko
>

2

1

**From:** Owens, Brett
**Sent:** Tuesday, October 29, 2019 10:16 AM
**To:** keithpetrochko@gmail.com
**Cc:** Froman, Andrew <afroman@fisherphillips.com>
**Subject:** RE: Good faith letter

Good morning Keith,

Previously we conferred in good faith regarding the attached and you informed me that Plaintiff would be providing supplemental discovery responses and supplemental production of documents. If we do not receive the same on or before Tuesday November 5th we will be forced to filed a Motion to Compel. Please let us know the status of the same. Thank you.

**Sent:** Wednesday, November 13, 2019 2:32 PM
**To:** 'keithpetrochko@gmail.com' <keithpetrochko@gmail.com>
**Cc:** Froman, Andrew <afroman@fisherphillips.com>
**Subject:** RE: Guerrero - Deficient Discovery Responses

Keith,

We still have not received Plaintiff's revised discovery responses and production of documents. Please provide us with an update regarding the same. I am in the process of preparing a Motion to Compel. The Local Rules require Defendant to specifically list each Interrogatory and Request in the Motion and a basis for why each response is deficient. We will see fees due to our efforts to receive proper responses. Please let us know the status of the revised responses. Thank you.



**Brett P. Owens**
Attorney at Law

Fisher & Phillips LLP
101 East Kennedy Blvd. | Suite 2350 | Tampa, FL 33602
bowens@fisherphillips.com | O: (813) 769-7512

vCard  |  Bio  |  Website    *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

1